# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Edelman v. NYU**  Docket No.: **24-251**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Jamie S. Felsen, Esq.**

Firm: **Milman Labuda Law Group PLLC**

Address: **3000 Marcus Ave., Suite 3W8, Lake Success, NY 11042**

Telephone: **516-328-8899**  Fax: **516-328-0082**

E-mail: **jamiefelsen@mllaborlaw.com**

Appearance for: **Plaintiff-Appellant Sari Edelman**
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: **Joseph M. Labuda/Milman Labuda Law Group PLLC** )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **8/19/2024**  OR

☐ I applied for admission on _____ .

Signature of Counsel: */s/ Jamie Felsen*

Type or Print Name: **Jamie Felsen**